UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEAN JASON BARRY,

    Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

### Possession of Child Pornography

On or about July 24, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

SEAN JASON BARRY

knowingly possessed images of child pornography that involved prepubescent minors, including, but not limited to, the visual depictions listed below:

1. 1BpF3AAB

2. 7clV0b5zz

3. 2018-06-25 12.45.29.mp4

4. 2024-06-27 12.51.44

These depictions were mailed, shipped, and transported using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce by any means, including by computer, and were produced using materials

that had been shipped and transported in and affecting interstate or foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2256(8)

## **PRIOR CONVICTION**

At the time he committed the acts alleged in this Indictment, SEAN JASON BARRY had one or more prior convictions under the laws of any state relating to sexual abuse, abusive sexual conduct involving a minor, or the possession of child pornography.

Specifically, (1) on or about November 19, 2007, in the U.S. District Court for the Western District of Michigan, in case number 1:06-CR-57, SEAN JASON BARRY was convicted of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2); and (2) on or about March 3, 2014, in the U.S. District Court for the Western District of Michigan, in case number 1:13-CR-187, SEAN JASON BARRY was convicted Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2256(8)

**FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, as charged in this Indictment,

SEAN JASON BARRY

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to a Motorola Moto cell phone (IMEI: 350803921416395).

18 U.S.C. § 2253
18 U.S.C. § 2252A
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
CONSTANCE TURNBULL
Assistant United States Attorney